UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CIV-23231-WILLIAMS/MCALILEY

JESSENIA RINCON,

    Plaintiff,

v.

DEPARTMENT OF FINANCIAL SERVICES,
*et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("Report") (DE 11) on Plaintiff's Amended Complaint (DE 7). Plaintiff filed her Objections to the Report (DE 12). The Report recommends the Court dismiss Plaintiff's Amended Complaint for failure "to allege a plausible claim that Defendants deprived Plaintiff of a constitutional right, as is necessary to state a cause of action under § 1983." (DE 11 at 3.)

Plaintiff's Amended Complaint alleges 42 U.S.C. § 1983 claims against various federal and state agencies and/or officials. Plaintiff alleges she is being harassed "inside [her] home by the police with a surveillance device & at employers [sic]" and is "being verbally abused." (DE 7 at 4.) However, Plaintiff's Amended Complaint does not include any factual statements other than addresses of where the alleged harassment occurred. Plaintiff's objections are similarly bare of facts or allegations which could guide the Court or any of the Defendants: Plaintiff states only that she objects and that there is "no substantial materials other than my written statements …." (DE 12.) Thus, upon a careful

review of the Report, the Amended Complaint, the Objections, and the record, it is

**ORDERED AND ADJUDGED** that:

1. Judge McAliley's Report (DE 11) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Amended Complaint (DE 7) is **DISMISSED** for failure to state a claim.

3. The Clerk is ordered to **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15th day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Jessenia, *pro se*
13821 SW 258th St.
Homestead, FL 33032